971 A.2d 1121

**COMMONWEALTH of Pennsylvania, Appellee**

v.

**Earl WILSON, Appellant.**

Supreme Court of Pennsylvania.

Argued April 15, 2009.

Decided April 29, 2009.

Lori L. Mach, Esq., Karl Baker, Esq., Defender Association of Philadelphia, Philadelphia, for Earl Wilson.

Hugh J. Burns, Jr., Esq., Philadelphia District Attorney's Office, for Commonwealth of Pennsylvania.

CASTILLE, and SAYLOR, EAKIN, BAER, TODD, McCAFFERY and GREENSPAN, JJ.

### ORDER

PER CURIAM.

The order of the Superior Court is hereby **AFFIRMED.**